UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2019 APR 12 AM 10: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

-------------------------------------------------------------------X

**JOHN DOE,**

                      Plaintiff,

Civil Action No: _____

-against-

**UNIVERSITY OF MASSACHUSETTS AT DARTMOUTH;**
**PEYTON R. HELM** in individual and official capacity;
**CYNTHIA CUMMINGS,** in individual and official capacity;
**DEBORAH MAJEWSKI,** in individual and official capacity;
**SCOTT WEBSTER,** in individual and official capacity;
**DAVID GOMES,** in individual and official capacity
**JOHN BUCK,** in his individual and official capacity.

                      Defendants.

**COMPLAINT**

**JURY TRIAL DEMANDED**

-------------------------------------------------------------------X

## MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

    The undersigned hereby moves this Court to allow the Plaintiff, Pro Se, in the above captioned action to proceed under the pseudonym John Doe for the reasons set forth in the attached Plaintiff's attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and For Protective Order. In conjunction with Motion, Plaintiff files the above captioned Complaint and also a Complaint to comply with Federal Rule of Civil Procedure 10(a). The second complaint contains Plaintiff's identity and personally identifying information, which he requests be sealed until the Court rules on his motion.

Dated: April ??, 2019

                                                      Respectfully submitted.

                                                      By: /s/ John Doe
                                                          Pro se

Plaintiff requests the clerk protect John Doe's identity and contact information under seal.

1