United States District Court
District of Massachusetts

John Doe
 Plaintiff

v.

University of Mass @ Dartmouth

Case 1-19-cv-010705

FILED
IN CLERKS OFFICE
2019 APR 12 PM 1:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion to Amend Demand Amount

Now comes Plaintiff to Amend Demand Amount Listed on Civil Cover Sheet from $100,000 to undetermined at this time. The $100,000 amount was listed solely to satisfy the jurisdictional amount for Diversity. The $100,000 is not reflective of final demand.

Dated 4/12/2019

Respectfully Requested By
John Doe

Signed John Doe
58 Child St. #669
Warren, RI 02885