# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

**JOHN HARNOIS,**

                         **Plaintiff,**

-against-                                            Civil Action No: **1:19-CV-10705**

**UNIVERSITY OF MASSACHUSETTS AT DARTMOUTH, et als**

                         **Defendants.**

---------------------------------------------------------------X

## MOTION TO FILE 2nd AMENDED COMPLAINT

Now Comes John Harnois, Plaintiff, in the above captioned action, pursuant to Federal Rules of Civil Procedure - Rule 15, and moreover the Court's ruling of April 25, 2019 to file his 2nd Amended Complaint in the form annexed hereto. The 2nd amended complaint adds two counts and names two Defendants.

**WHEREFORE**: For the foregoing reasons, Plaintiff prays this Court will grant him leave to file his 2nd amended complaint.

May 7, 2019

                        Respectfully submitted.

                        By: /s/ John Harnois, Pro se
                        53 Child Street, Unit 669, Warren, RI 02885
                        Doe.john.123199@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of May, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Denise Barton, Attorney at Law
UMASS Office of General Counsel and <u>Counsel of Record for All Defendants</u>
333 South Street, Shrewsbury, Massachusetts 01545
Phone: 774-455-7300