UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JOHN HARNOIS, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>UNIVERSITY OF MASSACHUSETTS )<br>DARTMOUTH, PEYTON R. HELM, )<br>CYNTHIA CUMMINGS, DEBORAH )<br>MAJEWSKI, SCOTT WEBSTER, DAVID )<br>GOMES, JOHN BUCK, EMIL FIORAVANTI, )<br>And UNNAMED PROFESSOR, )<br>    Defendants. )<br>_____) | Civil Action No. 1:19-cv-10705 |

## WAIVER OF THE SERVICE OF SUMMONS BY UNIVERSITY DEFENDANTS

The undersigned received plaintiff's request to waive service of a summons in this action as well as copies of his original, first amended, and second amended complaints, copies of the waiver forms, and requests that waivers be returned to him.

The undersigned, on behalf of the defendants named in plaintiff's proposed second amended complaint (University of Massachusetts Dartmouth, former employee Peyton R. Helm, current employees Cynthia Cummings, Deborah Majewski, Scott Webster, David Gomes, John Buck, Emil Fioravanti, and unknown person "Unnamed Professor, hereafter "University defendants"), agree to save the expense of serving a summons and complaint in this case.

The University defendants will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

The undersigned also understands that the University defendants must filed and serve an answer or a motion under Rule 12 within 60 days from May 7, 2019, the date when service was waived by the undersigned. If the parties fail to so respond, a default judgment could be entered against the parties.

Dated: May 8, 2019

Respectfully submitted,
UNIVERSITY DEFENDANTS
By their attorneys,

/s/ Denise Barton
Denise Barton, BBO No. 675245
Senior Litigation Counsel
University of Massachusetts
333 South Street, 4th Floor
Shrewsbury, MA 01545
(774) 455-7300

**CERTIFICATE OF SERVICE**

I, Denise Barton, counsel for the University defendants hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to plaintiff.

/s/ Denise Barton
Denise Barton