UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------X
JOHN HARNOIS,                                              )
                              Plaintiff,                   )
                                                           )
-against-                                                  )   Civil Action No: 1:19-CV-10705-RGS
                                                           )
UNIVERSITY OF MASSACHUSETTS AT                             )
DARTMOUTH, et als.                                         )
                              Defendants.                  )
-----------------------------------------------------------X
```

### PLAINTIFFS' MOTION TO AMEND THE COURT'S OCTOBER 28, 2019 ORDER PER FED. R. CIV. P. 59(e)

Now Comes John Harnois, Plaintiff, Pro Se, and for the reasons set forth and supported in the accompanying Memorandum, respectfully moves the Court under Rule 59(e) of the Federal Rules of Civil Procedure to amend its order of October 28, 2019 (Dckt. 60), which dismissed Count XVIII (Interference with Contractual Relations). Plaintiff asks the Court to deny Defendants' 12(b)(6) Motion as to Count XVIII.

Dated: November 7, 2019

                                                  Respectfully submitted:

                                                  By: /s/ John Harnois,
                                                  John Harnois, Pro se
                                                  53 Child Street, Unit 669, Warren, RI 02885
                                                  doe.john.123199@gmail.com

## **LOCAL RULE 7.1 CERTIFICATION**

I, John Harnois, Pro Se, hereby certify that I sent an email to Ms. Barton, counsel for Defendants, on October 29, 2019 concerning the foregoing motion. Ms. Barton responded and failed to assent.

Dated: November 7, 2019

By: /s/ *John Harnois*

## **CERTIFICATE OF SERVICE**

I, John Harnois, Pro Se, hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to Ms. Barton, counsel for Defendants.

Dated: November 7, 2019

By: /s/ *John Harnois*