UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------X
JOHN HARNOIS,                             )
                         Plaintiff,       )
                                          )
 -against-                                )         No: 1:19-CV-10705-RGS
                                          )
UNIVERSITY OF MASSACHUSETTS AT            )
DARTMOUTH, et als.                        )
                         Defendants.      )
----------------------------------------------------------X
```

## PLAINTIFF'S ASSENTED TO MOTION TO STAY PROCEEDINGS FOR 45 DAYS AND AMEND SCHEDULING ORDER

COMES NOW, John Harnois ("Plaintiff"), Pro Se, and hereby respectfully moves this Court, for reasons as set forth in the accompanying memorandum, to stay all proceedings for 45 days and adjust the scheduling order accordingly, because Plaintiff will undergo surgery for renal cancer on November 19, 2019, and will potentially face follow-up treatment associated with same.

Dated: November 16, 2019

                        Respectfully Submitted:
                        John Harnois, Plaintiff, Pro

                        By: /s/ *John Harnois*
                        53 Child Street - Unit 669
                        Warren, RI 02885
                        Doe.John.123199@gmail.com;
                        (508) 333-1728

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, John Harnois, Plaintiff, hereby certify that I sent an email to Ms. Barton, Counsel for Defendants on **November 16**, 2019 concerning the foregoing motion. On **November 16**, 2019 Ms. Barton responded**,** "Given the circumstances of your request, I assent to a stay of all proceedings concerning this matter until such time as you have recovered."

Date: November 16, 2019

By: /s/ *John Harnois,*
John Harnois

## CERTIFICATE OF SERVICE

I, John Harnois, Pro Se, hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to Ms. Barton, counsel for Defendants.

Date: November 16, 2019

By: /s/ *John Harnois*
John Harnois