# VA BOSTON HEALTHCARE SYSTEM
## West Roxbury Pre-Surgical Instructions

Name: HARNOIS, JOHN L          Service: Urology - 857 203 6551          Surgeon Name: Dr. Wang
Surgery Date: Tuesday/ November 19, 2019

You will be called the day before surgery to confirm your arrival time.  Please call **857-203-6530,** if you have not been called or you need to cancel your surgery.

Report to the Admitting Desk or Emergency room Check-In (If before 7am) Building 3-Ground Floor. Then report to MSDU (Building 2-1st Floor, Room A1-44)
*Follow these instructions unless otherwise advised at anesthesia preop consult*



- Don't eat after midnight before surgery
- Don't drink milk, "milk" products, orange juice, cider, alcohol, broth, or Jell-O on day of surgery
- Don't eat gum, breath mints, hard candy, cough drops or chewing tobacco after midnight
- Don't use perfume, cologne, powder, skin creams or lotions, hair products or deodorant
- Don't shave the operative site
- Don't wear jewelry (remove jewelry including body piercings and rings)
- Don't bring valuables (leave home)
- Don't take fish oil, multivitamins or herbal supplements for one week prior to surgery
- Don't take NSAIDs (Non-Steroidal Anti-Inflammatory Drugs) such as Advil, Motrin, Aleve, ibuprofen, naproxen, meloxicam for 5-7 days prior to surgery
- Don't use marijuana for 3 days prior to surgery
- *Don't take erectile dysfunction medications for 2 days prior to surgery*



- *Drink clear fluids up 2 hours before your arrival time (water, apple juice, black coffee, clear tea, cranberry juice, Gatorade)*
- *Brush teeth and shower as usual, or with antibacterial soap, or "surgical scrub" if instructed.  See instructions at end of this document.*
- *Wear comfortable clothing & foot wear*
- *Bring your VA card*
- *Bring glasses, dentures, hearing aids, CPAP (if applicable)*
- *Call surgeon if you are having unexpected illness, rash, fever, sore throat or flu-like symptoms*
- *Arrange for a responsible adult to accompany you home (if applicable)*

**SPECIFIC MEDICATION NOTES:** *unless otherwise instructed by anesthesia or surgeon*

**HOLD NSAID (motrin, alleve, naproxene, etc ) X 7 days before surgery.  May take Tylenol as needed
HOLD Multivitamin, fish oil, tumeric, supplement X 7 days.**