UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JOHN HARNOIS, )<br>　　Plaintiff )<br> )<br>v. )<br> )<br>UNIVERSITY OF MASSACHUSETTS )<br>DARTMOUTH, PEYTON R. HELM, )<br>CYNTHIA CUMMINGS, DEBORAH )<br>MAJEWSKI, SCOTT WEBSTER, DAVID )<br>GOMES, JOHN BUCK, EMIL FIORAVANTI, )<br>and UNNAMED PROFESSOR, )<br>　　Defendants. )<br>_____) | Case No. 1:19-cv-10705-RGS |

**UNIVERSITY DEFENDANTS' ASSENTED-TO MOTION
TO CONTINUE DUE DATE FOR INITIAL DISCLOSURES**

The University defendants[1] submit the accompanying memorandum in support of this **assented-to motion** to further extend – by an additional thirty days – the due dates the Court set forth in Docket No. 68

Dated:　　December 26, 2019　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　UNIVERSITY DEFENDANTS
　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　*/s/ Denise Barton*_____
　　　　　　　　　　　　　　　　　　　Denise Barton, BBO No. 675245
　　　　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　　　　University of Massachusetts
　　　　　　　　　　　　　　　　　　　333 South Street, 4th Floor
　　　　　　　　　　　　　　　　　　　Shrewsbury, MA 01545

---

[1] The University defendants include only those served defendants who remain in the case after the Court's Rule 12 dismissals.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    I, Denise Barton, counsel for the University defendants, hereby certify that I sent an email to Mr. Harnois on December 26, 2019 concerning the foregoing motion. Mr. Harnois responded and indicated that he assented to the foregoing motion.

                                  */s/Denise Barton*
                                  Denise Barton

## CERTIFICATE OF SERVICE

    I, Denise Barton, counsel for the University defendants hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to plaintiff John Harnois.

                                  */s/ Denise Barton*
                                  Denise Barton