UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————

JOHN HARNOIS,                                        )
     Plaintiff                                       )
                                                      )
v.                                                   )          Case No. 1:19-cv-10705-RGS
                                                      )
UNIVERSITY OF MASSACHUSETTS                          )
DARTMOUTH, PEYTON R. HELM,                           )
CYNTHIA CUMMINGS, DEBORAH                            )
MAJEWSKI, SCOTT WEBSTER, DAVID                       )
GOMES, JOHN BUCK, EMIL FIORAVANTI,                   )
and UNNAMED PROFESSOR,                               )
     Defendants.                                     )
———————————————————————)

**MEMORANDUM IN SUPPORT OF UNIVERSITY DEFENDANTS'
ASSENTED-TO MOTION
TO CONTINUE DUE DATE FOR INITIAL DISCLOSURES**

The University defendants[1] submit this memorandum in support of their

assented-to motion to further extend – by an additional thirty days – the due dates the

Court set forth in Docket No. 68, in response to Mr. Harnois' assented-to motion for an

extension.

The undersigned has not been able to walk unassisted for several months and, as

such, has been given an earlier than anticipated surgery date – December 30, 2019 – for

a total hip replacement.  The undersigned expects that she will be out of the office for

---

[1] The University defendants include only those served defendants who remain in the case after the Court's Rule 12 dismissals.

most, if not all, of January 2020.  As such, the undersigned respectfully requests that the Court move the due date for the parties' Rule 26 Initial Disclosures **from January 17, 2020 to February 17, 2020**, with the ensuing dates to be moved by a like amount.

The undersigned is one of the two litigation attorneys representing all of the University's campuses and employees in non c. 258 litigation matters.  She is the sole attorney working on this case, with only the assistance of a shared administrative employee.  On or about October 18, 2019, the undersigned was promoted to Deputy General Counsel and, as such, the University has hired a new litigation attorney who is set to begin work in the first or second week of January, 2020.  The undersigned intends to bring the new litigation attorney up to speed on this matter such that he can assist her in keeping the needed extension in this case to the thirty days requested in this motion.

In view of the circumstances, and in view of Mr. Harnois' assent, the undersigned respectfully asks the court to provide an additional 30 days for the parties to serve Rule 26 Initial Disclosures (until February 17, 2020).

Dated:          December 26, 2019          Respectfully submitted,
UNIVERSITY DEFENDANTS
By their attorneys,

/s/ Denise Barton_____
Denise Barton, BBO No. 675245
Deputy General Counsel
University of Massachusetts
333 South Street, 4th Floor
Shrewsbury, MA 01545

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Denise Barton, counsel for the University defendants, hereby certify that I sent an email to Mr. Harnois on December 26, 2019 concerning the foregoing motion.  Mr. Harnois responded and indicated that he assented to the foregoing motion.

*/s/Denise Barton*
Denise Barton

## CERTIFICATE OF SERVICE

I, Denise Barton, counsel for the University defendants hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to plaintiff John Harnois.

*/s/ Denise Barton___*
Denise Barton