UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------X
JOHN HARNOIS,                                              )
                                    Plaintiff,            )
                                                           )
-against-                                                  )   Civil Action No: 1:19-CV-10705-RGS
                                                           )
UNIVERSITY OF MASSACHUSETTS AT                             )
DARTMOUTH, et als.                                         )
                                    Defendants.            )
-----------------------------------------------------------X
```

### PLAINTIFFS' MOTION TO CLARIFY SCHEDULING ORDER

Now Comes John Harnois, Plaintiff, Pro Se, and for the reasons set forth and supported in the accompanying Memorandum, respectfully moves the Court to clarify the scheduling/discovery order (Dckt 68), and rule that Plaintiff can serve 30 interrogatories, 30 requests for admissions and 30 document requests to each Defendant (instead of total) and can serve no more than 5 deponents per Defendant.

Dated: February 4, 2020

Respectfully submitted:

By: /s/ John Harnois, Pro se
53 Child Street, Unit 669, Warren, RI 02885
doe.john.123199@gmail.com

## LOCAL RULE 7.1 CERTIFICATION

I, John Harnois, Pro Se, hereby certify that I spoke with Ms. Barton, counsel for Defendants, on February 3, 2020 concerning the foregoing motion. Ms. Barton opposes the basis of the motion.

Dated: February 4, 2020

By: /s/ John Harnois, Pro Se

## CERTIFICATE OF SERVICE

I, John Harnois, Pro Se, hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to Ms. Barton, counsel for Defendants.

Dated: February 4, 2020

By: /s/ John Harnois, Pro Se