John L. Harnois, Pro Se
510 Child Street – APT 302 B
Warren, RI 02885
508-333-1728
doe.john.123199@gmail.com

February 5, 2020

**VIA ECF**
The Honorable Richard G. Stearns, District Court Judge
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
(617) 748-9152

    RE:    John Harnois v. UMASS Dartmouth, et al.: Joint Status Update
             **Docket No. 1:19-cv-10705-RGS**

Dear Judge Stearns:

    As the Plaintiff, acting Pro Se, in the above referenced matter, I respectfully submit this joint status update letter.

    I have tendered a settlement offer of $70,000 in compensation for dispensing all claims in this case, an offer which neither included any other demands nor offered any additional terms of settlement. For example, I did not demand reputational repair, nor did I offer nor will I agree to any non-disclosure agreements, etc… Defendants accepted the terms of my offer. Ms. Barton is preparing a Settlement Agreement and Release concerning this settlement of the above-captioned case for my review.

    Hence, I submit on behalf of Ms. Barton and myself, that parties anticipate filing a stipulation of dismissal with thirty (30) days, and respectfully request that discovery be stayed pending settlement, and the filing of a stipulation of dismissal.

    Thank you for your time and consideration.

                                                        Respectfully submitted,

                                                        */s/ John Harnois*
                                                        John Harnois, Pro Se