UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JOHN HARNOIS,                                               )
    Plaintiff                                                     )
                                                                      )
v.                                                                       )    Case No. 1:19-cv-10705-RGS
                                                                      )
UNIVERSITY OF MASSACHUSETTS         )
DARTMOUTH, PEYTON R. HELM,              )
CYNTHIA CUMMINGS, DEBORAH            )
MAJEWSKI, SCOTT WEBSTER, DAVID      )
GOMES, JOHN BUCK, EMIL FIORAVANTI, )
And UNNAMED PROFESSOR,                    )
    Defendants.                                                  )
_____)

## NOTICE OF APPEARANCE OF MARK A. JOHNSON

The undersigned hereby gives notice that he will be appearing on behalf of the University of Massachusetts Dartmouth, Peyton R. Helm, Cynthia Cummings, Deborah Majewski, Scott Webster, David Gomes, John Buck, and Emil Fioravanti.

Dated:  February 25, 2020        UNIVERSITY DEFENDANTS
                                          By their attorney,

                                          __/s/ *Mark A. Johnson*_____
                                          Mark A. Johnson, BBO No. 651271
                                          Associate Counsel
                                          University of Massachusetts
                                          Office of the General Counsel
                                          333 South Street
                                          Shrewsbury, MA 01545
                                          (774) 455-7300
                                          majohnson@umassp.edu

## CERTIFICATE OF SERVICE

I affirm that I served a copy of the above document on plaintiff pro se, John Harnois, via CM/ECF.

                              ___/s/ *Mark A. Johnson*_____
                              Mark A. Johnson