UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JOHN HARNOIS,        ) | |
|     Plaintiff       ) | |
|                     ) | |
| v.                  ) | Case No. 1:19-cv-10705-RGS |
|                     ) | |
| UNIVERSITY OF MASSACHUSETTS ) | |
| DARTMOUTH, PEYTON R. HELM, ) | |
| CYNTHIA CUMMINGS, DEBORAH ) | |
| MAJEWSKI, SCOTT WEBSTER, DAVID ) | |
| GOMES, JOHN BUCK, EMIL FIORAVANTI, ) | |
| and UNNAMED PROFESSOR, ) | |
|     Defendants.     ) | |

_____)

## UNIVERSITY DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

For the reasons set forth and supported in the accompanying Memorandum, the University defendants move to enforce the settlement agreement that the parties reached on February 4, 2020.

Dated:	February 25, 2020

Respectfully submitted,
UNIVERSITY DEFENDANTS
By their attorneys,

 /s/ *Mark A. Johnson*
Denise Barton, BBO No. 675245
Deputy General Counsel
Mark A. Johnson, BBO No. 651271
Associate Counsel
University of Massachusetts
333 South Street, 4th Floor
Shrewsbury, MA 01545
dbarton@umassp.edu
majohnson@umassp.edu

1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mark A. Johnson, counsel for the University defendants, hereby certify that I sent an email to Mr. Harnois on February 25, 2020 concerning the foregoing motion.  Mr. Harnois has indicated that he does not assent to the motion.

                                       */s/ Mark A. Johnson*
                                       Mark A. Johnson

## CERTIFICATE OF SERVICE

I, Mark A. Johnson, counsel for the University defendants, hereby certify that the above document was transmitted through the CM/ECF electronic filing system of the United States District Court, to plaintiff John Harnois.

                                       */s/ Mark A. Johnson*
                                       Mark A. Johnson