John L. Harnois, Pro Se
510 Child Street – APT 302 B
Warren, RI 02885
508-333-1728
doe.john.123199@gmail.com

February 25, 2020

**VIA ECF with service to Denise Barton**
The Honorable Richard G. Stearns, District Court Judge
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
(617) 748-9152

RE:   John Harnois v. UMASS Dartmouth, et al.: (Filing of Motion Opposition)
      **Docket No. 1:19-cv-10705-RGS**

Dear Judge Stearns:

As the Plaintiff, acting Pro Se, in the above referenced matter, I respectfully submit the following:

Today Defendants informed me of their intent to file Dckts 77/78. I reminded Defendants' Counsel that the case had been stayed until March 7, 2020 (Dckt 76), and any filings should not be made until that date. However, Defendants' Counsel prematurely filed a Motion and Memorandum to Enforce Settlement Agreement regardless.

I object to the premature timing for the filing and intend to file an Opposition to Defendants' Motion with facts surrounding the circumstances of my settlement offer, facts which significantly dispute Defendants' version of events. Normally per local rules, Plaintiff has 14 days to file an opposition from the day of notice of the filing of a motion. Unless directed otherwise by the Court, I intend to file my opposition and request for oral argument NLT March 21, 2020 - 14 days after the stay expires (March 7, 2020), which is when the Motion should have been filed.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ John Harnois*
John Harnois, Pro Se