John L. Harnois, Pro Se
510 Child Street – APT 302 B
Warren, RI 02885
508-333-1728
doe.john.123199@gmail.com

May 13, 2020

**<u>VIA ECF</u>**
The Honorable Richard G. Stearns, District Court Judge
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
(617) 748-9152

      RE:    John Harnois v. UMASS Dartmouth, et al.: Status Update
             **<u>Docket No. 1:19-cv-10705-RGS</u>**

Dear Judge Stearns:

    As the Plaintiff, Pro Se, in the above referenced matter, I respectfully submit this status update letter regarding negotiations pursuant to your directives in your order filed with Dckt. 86. In short, Defendants state that they have a pending motion to enforce settlement before the Court, hence no further negotiations will be considered by them.

    In your ruling you recommended parties to "*set aside their minor differences over implementing a reasonable settlement agreement in deference to the public interest.*" In consideration of your ruling, on March 23, 2020 I emailed Ms. Barton a proposed starting point for negotiations that may address a good faith settlement. On March 27, 2020, Ms. Barton replied that "[Y]our opposition to the University's motion to enforce the parties' settlement does not raise any issue which, as a matter of law, undercuts the plain fact that a settlement was already reached in this matter and should, also as a matter of law, be enforced by the court. Instead of any further negotiation, Ms. Barton advised me that I should finalize the settlement, with which I am unwilling to comply.

    Hence, I submit that parties remain at an impasse, and require the Court's intervention when its available to turn its attention back to this case.

    Thank you for your time and consideration.

                                                          Respectfully submitted,

                                                           */s/ John Harnois*
                                                           John Harnois, Pro Se