UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HARNOIS,<br>　　Plaintiff<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS DARTMOUTH, PEYTON R. HELM, CYNTHIA CUMMINGS, DEBORAH MAJEWSKI, SCOTT WEBSTER, DAVID GOMES, JOHN BUCK, EMIL FIORAVANTI, and UNNAMED PROFESSOR,<br>　　Defendants. | Case No. 1:19-cv-10705-RGS |

## [PROPOSED] FINAL JUDGMENT

WHEREAS, Plaintiff John Harnois has asserted numerous federal and state law claims against Defendants in this case (the "Litigation");

AND WHEREAS, Plaintiff and Defendants agreed to settle the Litigation, and the Court, by order of July 2, 2020 (Dkt. 92), enforced the settlement and reformed the Settlement Agreement and Release as reflected in attached Exhibit 1;

NOW THEREFORE, without this Final Judgment constituting any evidence against or admission by Defendants regarding any issue of fact or law, it is ORDERED, ADJUDGED, AND DECREED:

That Judgment enter in accord with the terms of the Settlement Agreement and Release contained in attached Ex. 1.

Dated: 7-23-20

By the Court:

/s/ Richard G. Stearns
Hon. Richard G. Stearns
United States District Court Judge