# United States Court of Appeals
## For the First Circuit

No. 20-1680

JOHN HARNOIS

Plaintiff - Appellant

v.

UNIVERSITY OF MASSACHUSETTS AT DARTMOUTH; PEYTON R. HELM, in individual and official capacity; CYNTHIA CUMMINGS, in individual and official capacity; DEBORAH MAJEWSKI, in individual and official capacity; SCOTT WEBSTER, in individual and official capacity; DAVID GOMES, in individual and official capacity; JOHN BUCK, in individual and official capacity; EMIL FIORAVANTI, in individual and official capacity

Defendants - Appellees

UNNAMED PROFESSOR, in individual and official capacity

Defendant

**JUDGMENT**

Entered: December 2, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Harnois
Mark Alden Johnson
Denise Barton