# United States Court of Appeals
## For the First Circuit

No. 20-1680

JOHN HARNOIS

Plaintiff - Appellant

v.

UNIVERSITY OF MASSACHUSETTS AT DARTMOUTH; PEYTON R. HELM, in
individual and official capacity; CYNTHIA CUMMINGS, in individual and official capacity;
DEBORAH MAJEWSKI, in individual and official capacity; SCOTT WEBSTER, in individual
and official capacity; DAVID GOMES, in individual and official capacity; JOHN BUCK, in
individual and official capacity; EMIL FIORAVANTI, in individual and official capacity

Defendants - Appellees

UNNAMED PROFESSOR, in individual and official capacity

Defendant

## MANDATE

Entered: December 2, 2020

In accordance with the judgment of December 2, 2020, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Denise Barton
John Harnois
Mark Alden Johnson